# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

A 8 1/2" x 5 1/2" x 1 3/4" United States Postal Service Express Mail Parcel bearing number EI007186344US. The parcel bears a handwritten label addressed to J. Dudley, 3943 Upton Ct, Stockton CA 95206, with a return address of Walter Simpson, 5114 N. 60th St., Milwaukee, WI 53218. The SUBJECT PARCEL is a cardboard box, weighs 8 ounces, and was postmarked on March 2, 2012 at Milwaukee, WI 53209.

Case Number: 12-813 M (NJ)

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

A 8 1/2" x 5 1/2" x 1 3/4" United States Postal Service Express Mail Parcel bearing number EI007186344US. The parcel bears a handwritten label addressed to J. Dudley, 3943 Upton Ct, Stockton CA 95206, with a return address of Walter Simpson, 5114 N. 60th St., Milwaukee, WI 53218. The SUBJECT PARCEL is a cardboard box, weighs 8 ounces, and was postmarked on March 2, 2012 at Milwaukee, WI 53209.

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before March 19, 2012
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Nancy Joseph.

Date and time issued: March 5, 2012; 2:41 p.m.

*Judge's signature*

City and state: Milwaukee, Wisconsin

THE HONORABLE NANCY JOSEPH
United States Magistrate Judge
*Name & Title of Judicial Officer*

| | | |
|---|---|---|
| **RETURN** | | |
| Case No. 1917257 | Date and time Warrant executed 3/5/2012 3:15pm | Copy of warrant and inventory left with: Postmaster and package |
| Inventory made in the presence of Postal Inspector Brian Haraway, Detective Eugene Nagler | | |

Inventory of person or property taken and name of any person(s) seized:

$2400 U.S. Currency

One DVD and DVD case

**CERTIFICATION**

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 6, 2012

*(Executing officer's signature)*

Daniel J. Kokonis   Postal Inspector
*(Printed name and title)*

Subscribed, sworn to, and returned before me this date.

_____
*(U.S. Judge or Magistrate Judge)*

March 6, 2012
*(Date)*